# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY<br><br>Plaintiff<br><br>v.<br><br>LITHIA REAL ESTATE, INC.; LITHIA OF SANTA ROSA, INC.; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No.: 3:15-cv-04226-WHO<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that Defendants LITHIA REAL ESTATE, INC.; LITHIA OF SANTA ROSA, INC. be dismissed with prejudice from Plaintiff's Complaint and Plaintiff's Complaint be dismissed with prejudice in its entirety, Case Number 4:15-cv-04226-WHO.

**IT IS SO ORDERED.**

Dated: March 7, 2016



Honorable William H. Orrick